# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**MARK BRUNER**                                                                                   **PLAINTIFF**

**v.**                                                                    **CASE NO. 1:22-cv-00309-TBM-RPM**

**ROLLS-ROYCE MARINE NORTH AMERICAN INC.**                               **DEFENDANT**

## JUDGMENT OF DISMISSAL

The parties having agreed to, and announced to the Court, a resolution of this case. The Court desires that this matter be finally closed on its docket.

IT IS THEREFORE ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties, with each party to bear its own costs. The Court will retain jurisdiction over this lawsuit for the purpose of enforcing any agreement governing the resolution and dismissal.

SO ORDERED AND ADJUDGED this the 28th day of September, 2023.

*(signature)*
TAYLOR B. MCNEEL
UNITED STATES DISTRICT JUDGE